FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

06 AUG 30 PM 1:58

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CASE NO.: 3:05- CV-790-H

BARON BARCLAY BRIDGE SUPPLIES, LLC     Plaintiff

v.

AMERICAN CONTRACT BRIDGE     Defendant
LEAGUE, INC.

## STIPULATION OF DISMISSAL

Plaintiff, Baron Barclay Bridge Supplies, LLC, and Defendant, American Contract Bridge League, Inc., stipulate they have settled all matters between them and this action is hereby dismissed, with prejudice, each side to bear their own costs and fees.

Respectfully Submitted:

_____
James A. Babbitz
CONLIFFE, SANDMANN & SULLIVAN
4169 Westport Road
Louisville, KY 40207
Telephone (502) 896-2966
Facsimile: (502 895-0396
Email: jbabbitz@aol.com

and

Mitchell A. Kramer
(application for admission pro hac vice pending)
KRAMER & KRAMER, LLP
1077 Rydal Road
Suite 100
Rydal, PA 19046-1712
Telephone: (215) 887-9030
Facsimile: (215) 887-9240
Email: mkramer@kramerandkramer.com

Attorneys for Plaintiff,
Baron Barclay Bridge Supplies, LLC

1

_[signature]_
Barry D. Hunter
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, Kentucky 40507
Telephone: (859) 231-0000
Facsimile: (859) 231-0011
Email: BHunter@fbtlaw.com

and

Robert E. Hauberg, Jr.
(application for admission pro hac vice pending)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2455
Facsimile: (601) 592-2455
Email: rhauberg@bakerdonelson.com

Attorneys for Defendant American Contract Bridge League, Inc.

LEXLibrary BT14081.0539045 308690v.1